```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 5, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SILVIA SAMBULA,**

                 **Plaintiff,**

      -against-

**THE STOP & SHOP SUPERMARKET COMPANY LLC,**

                 **Defendant.**

**20-cv-7794 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is not in receipt of Defendant's answer or response to Plaintiff's complaint.

Defendant shall respond to Plaintiff's complaint or file its answer by February 12, 2021.

**SO ORDERED.**

**Dated**:   February 5, 2021
            New York, New York

_____
                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**