USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

SILVIA SAMBULA,

                          Plaintiff,

     -against-

THE STOP & SHOP SUPERMARKET COMPANY

                         Defendant,
------------------------------------------------------------------X

NICOLE GONZALEZ,

                          Plaintiff,

     -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                         Defendant,
------------------------------------------------------------------X

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE**

**20-CV-7794-(ALC) (KHP)**

**21-CV-952-(ER) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Case Management conference in this these matters scheduled for **Tuesday, September 21, 2021 at 10:00 a.m.** is hereby converted to a telephonic conference.  The parties are directed to call into the AT&T court conference line at the scheduled time.  **Please dial (866) 434-5269 Code: 4858267.**

       SO ORDERED.

DATED:       New York, New York
                   September 15, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge