```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

SILVIA SAMBULA,

         Plaintiff,      20-CV-7794-(ALC) (KHP)

   -against-

THE STOP & SHOP SUPERMARKET COMPANY

         Defendant,
```
-----------------------------------------------------------------X
```
NICOLE GONZALEZ,

         Plaintiff,      21-CV-952-(ER) (KHP)

   -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

         Defendant,
```
-----------------------------------------------------------------X
```

**ORDER**

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 9/21/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

As stated at the September 21, 2021 case management conference in the above-captioned cases, the Court hereby extends expert discovery as follows:

- Plaintiffs shall disclose their respective liability expert reports by December 15, 2021;
- Defendant shall disclose its liability expert reports by January 14, 2022; and
- All expert depositions shall be completed by February 4, 2022.

Further, the parties shall file a status report with the Court by no later than November 19, 2021 to update the Court on the progress of discovery and to flag any issues that may require judicial intervention.

    **SO ORDERED.**

DATED:    New York, New York
              September 21, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge