USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SILVIA SAMBULA,

                        Plaintiff,

        -against-

THE STOP & SHOP SUPERMARKET COMPANY

                        Defendant,
-----------------------------------------------------------------X

NICOLE GONZALEZ,

                        Plaintiff,

        -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                        Defendant,
-----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

20-CV-7794-(ALC) (KHP)

21-CV-952-(ER) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management conference in these matters is hereby scheduled for **Thursday, January 27, 2022 at 11:15 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.

      SO ORDERED.

DATED:     New York, New York
               November 18, 2021

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge