Case 1:20-cv-07794-ALC-KHP   Document 31   Filed 01/06/22   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SILVIA SAMBULA,

                              Plaintiff,

       -against-

THE STOP & SHOP SUPERMARKET COMPANY

                             Defendant,
-----------------------------------------------------------------X

NICOLE GONZALEZ,

                              Plaintiff,

       -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                             Defendant,
-----------------------------------------------------------------X

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE**

20-CV-7794-(ALC) (KHP)

21-CV-952-(ER) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in these matters scheduled for **Thursday, January 27, 2022, at 11:15 a.m.** are hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:      New York, New York
                  January 6, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge